**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **FOTOMEDIA TECHNOLOGIES, LLC,**<br><br>     **Plaintiff,**<br><br>**v.**<br><br><br><br>**ALLTEL COMMUNICATIONS, INC.,** *et al.,*<br><br>     **Defendants.** | **CIVIL ACTION NO.**<br>**2:07-CV-256-TJW-CE** |

**DEFENDANTS' OPPOSITION**
**TO FOTOMEDIA'S MOTION FOR PARTIAL RECONSIDERATION**
**OF AND OBJECTIONS TO THE COURT'S JULY 21, 2009 MARKMAN ORDER**

Defendants Alltel Communications, Inc., Sprint Nextel Corporation, T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless (collectively, "Defendants") respectfully submit this opposition to Plaintiff FotoMedia Technologies, LLC's ("FotoMedia") Motion for Partial Reconsideration of and Objections to this Court's July 21, 2009 Markman Order (Docket Entry No. 152; the "Order"). (Docket Entry No. 157). Put simply, FotoMedia's motion raises no valid basis for reconsideration of the Order, and the challenged constructions should stand for the reasons discussed in the Order itself, and those argued in Markman briefs submitted to the Court in advance of its decision.

The portion of FotoMedia's motion which seeks reconsideration of the Order asserts no proper basis for reconsideration, and merely reargues its prior positions. Motions for reconsideration serve the narrow purpose of allowing a party to correct manifest errors of law or fact or to present newly discovered evidence. *See Texas Instruments v. Hyundai Electronics*

*Ind.*, 50 F.Supp.2d 619, 621 (E.D. Tex. 1999). The standard for clear error to warrant reconsideration is "stringent." *Gindes v. United States*, 740 F.2d 947, 950 (Fed. Cir. 1984)*, cert. denied*, 469 U.S. 1074 (1984)). The only "error," cited by FotoMedia, however, is its disagreement with the Court's decision. Motions for reconsideration "should not be used to … re-urge matters that have already been advanced by a party." *Texas Instruments*, 50 F.Supp.2d at 621 (*quoting Lupo v. Wyeth-Ayerst Labs.*, 4 F.Supp.2d 642, 645 (E.D.Tex. 1997)). "A motion to reconsider based on recycled arguments only serves to waste the resources of the court." *State v. Sprint Comm. Co.*, 899 F.Supp. 282, 284 (M.D.La. 1995). Because FotoMedia has failed to present a sufficient reason for the Court to reconsider its Order, and instead only re-urges its prior arguments, FotoMedia's motion for reconsideration must be denied.

Further, for the reasons stated in the Order, and for the reasons discussed in briefing in advance of the Order as noted below (references are to Docket Entry No. 259 in E.D. Tex. Civil Action No. 2:07-cv-00255-TJW-CE (Photobucket.Com, Inc., Shutterfly, Inc., CBS Interactive, Inc., And Yahoo! Inc.'s Responsive Brief On Claim Construction) ("Defendants' Brief")), the Court's construction of the following terms should stand:

1. "a server" - see Order, pgs. 10-12; Defendants' Brief, pgs. 2-7;

2. "identifier" - see Order, pgs. 17-18; Defendants' Brief, pgs. 13-14;

3. "display" - see Order, pgs. 21-22; Defendants' Brief, pgs. 18-20;

4. "request for access to the metadata" - see Order, pgs. 34-35; Defendants' Brief, pgs. 34-35) and

5. "user's role determined from the request" - see Order, pgs. 35-36; Defendants' Brief, pgs. 36-37.

DEFENDANTS' OPPOSITION TO FOTOMEDIA'S MOTION
FOR PARTIAL RECONSIDERATION OF AND OBJECTIONS
TO THE COURT'S JULY 21, 2009 MARKMAN ORDER

Dated: August 13, 2009                    Respectfully submitted,

                                          */s/ Thomas M. Dunham*
                                          *(with permission, by Jennifer P. Ainsworth)*
                                          Thomas M. Dunham (*pro hac vice*)
                                          Chad Peterson (*pro hac vice*)
                                          HOWREY LLP
                                          1299 Pennsylvania Ave NW
                                          Washington, D.C. 20004
                                          Telephone:  (202) 783-0800
                                          Facsimile:  (202) 383-6610

                                          J. Thad Heartfield
                                          Texas State Bar No. 09346800
                                          thad@jth-law.com
                                          The Heartfield Law Firm
                                          2195 Dowlen Road
                                          Beaumont, Texas 77706
                                          Telephone:  (409) 866-3318
                                          Facsimile:  (409) 866-5789

                                          **Attorneys for Defendant**
                                          **Cellco Partnership d/b/a Verizon Wireless**

DEFENDANTS' OPPOSITION TO FOTOMEDIA'S MOTION
FOR PARTIAL RECONSIDERATION OF AND OBJECTIONS
TO THE COURT'S JULY 21, 2009 MARKMAN ORDER

*/s/ Thomas M. Dunham*
*(with permission, by Jennifer P. Ainsworth)*
Thomas M. Dunham (*pro hac vice*)
Cono Carrano (*pro hac vice*)
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, D.C. 20004
Telephone:  (202) 783-0800
Facsimile:  (202) 383-6610

J. Thad Heartfield
Texas State Bar No. 09346800
thad@jth-law.com
The Heartfield Law Firm
2195 Dowlen Road
Beaumont, Texas 77706
Telephone:  (409) 866-3318
Facsimile:  (409) 866-5789

**Attorneys for Defendant**
**Sprint Spectrum**

DEFENDANTS' OPPOSITION TO FOTOMEDIA'S MOTION
FOR PARTIAL RECONSIDERATION OF AND OBJECTIONS
TO THE COURT'S JULY 21, 2009 MARKMAN ORDER

*/s/ J. Scott Andrews*
*(with permission, by Jennifer P. Ainsworth)*
Jennifer H. Doan
Texas State Bar No. 08809050
jdoan@haltomdoan.com
Joshua R. Thane
Texas State Bar No. 24060713
jthane@haltomdoan.com
J. Scott Andrews
Texas State Bar No. 24064823
sandrews@haltomdoan.com
HALTOM & DOAN
Crown Executive Center, Suite 100
6500 Summerhill Road
Texarkana, TX 75503
Telephone:  (903) 255-1000
Facsimile:  (903) 255-0800

Thomas M. Dunham (*pro hac vice*)
Chad Peterson (*pro hac vice*)
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, D.C. 20004
Telephone:  (202) 783-0800
Facsimile:  (202) 383-6610

***Attorneys for Defendant***
***Alltel Communications, Inc.***

DEFENDANTS' OPPOSITION TO FOTOMEDIA'S MOTION
FOR PARTIAL RECONSIDERATION OF AND OBJECTIONS
TO THE COURT'S JULY 21, 2009 MARKMAN ORDER

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlaw.com
WILSON, ROBERTSON &
   CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
Tyler, TX 75701
Telephone:  (903) 509-5000
Facsimile:  (903) 509-5091

Steven M. Bauer
Jacob K. Baron
Kimberly A. Mottley
PROSKAUER ROSE, LLP
One International Place, 22nd Floor
Boston, MA 02110-2600
Telephone:  (617) 526-9600
Facsimile:  (617) 526-9899

***Attorneys for Defendant***
***T-Mobile USA, Inc.***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 13th day of August, 2009.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth

DEFENDANTS' OPPOSITION TO FOTOMEDIA'S MOTION
FOR PARTIAL RECONSIDERATION OF AND OBJECTIONS
TO THE COURT'S JULY 21, 2009 MARKMAN ORDER