IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FOTOMEDIA TECHNOLOGIES, LLC,** § <br> § <br> **Plaintiff** § <br> § <br> § <br> § <br> § <br> **v.** § <br> § <br> **ALLTEL COMMUNICATIONS, INC., SPRINT** § <br> **SPECTRUM L.P., T-MOBILE USA, INC., and** § <br> **CELLCO PARTNERSHIP d/b/a VERIZON** § <br> **WIRELESS,** § <br> § <br> **Defendants.** § <br> § | CIVIL ACTION NO. 2:07-cv-256-TJW <br><br><br> JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING JOINT
MOTION FOR A STAY OF THE PROCEEDINGS
PENDING REEXAMINATION OF THE PATENT-IN-SUIT**

The Court, having considered the Joint Motion for a Stay of the Proceedings Pending Reexamination of the Patent-in-Suit and finding good cause supporting it, finds that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff FotoMedia, LLC's ("FotoMedia") and Defendant T-Mobile USA, Inc.'s ("T-Mobile") Joint Motion for a Stay of the Proceedings Pending Reexamination of the Patent-in-Suit is GRANTED. This case is hereby stayed pending further order of the Court, or until the conclusion of the reexamination proceedings. This order shall not preclude the parties from filing stipulated dismissals or consent judgments during the pendency of the stay.

The parties have stipulated that (1) T-Mobile shall not assert at trial that the '774 or '936 Patents are invalid in view of U.S. Patent No. 5,760,917 to Sheridan and (2) that the '231 Patent is invalid in view of U.S. Patents No. 6,564,225 to Brogliatti *et al.*, No. 6,321,231 to Jebens *et*

*al.*, and No. 5,315,657 to Abadi *et al*. T-Mobile, however, reserves all rights to assert patent invalidity in view of any other references identified in its patent invalidity contentions or the invalidity contentions of any prior party to this case, *FotoMedia, LLC v. Alltel Communications, Inc. et al.*, civil action no. 2:07-cv-256-TJW-CE, or the invalidity contentions of any party to *FotoMedia, LLC v. AOL, LLC, et al.,* civil action no. 2:07-cv-00255-TJW-CE.

SIGNED this 28th day of December, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE